UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| **IN RE:** | Chapter 11 |
| **SMF ENERGY CORPORATION,** | Case No.: 12-19084-BKC-RBR |
| SMF SERVICES, INC. | Case No.: 12-19085-BKC-RBR |
| H&W PETROLEUM COMPANY, INC. | Case No.: 12-19086-BKC-RBR |
| STREICHER REALTY, INC. | Case No.: 12-19087-BKC-RBR |
| | **(Jointly Administered under** |
| Debtors. | **Case No. 12-19084-BKC-RBR)** |
| _____/ | |

### NOTICE OF APPEARANCE
### AND REQUEST FOR SERVICE OF ALL NOTICES AND PAPERS

PLEASE TAKE NOTICE that the undersigned appears for Chevron Products Company, a division of Chevron U.S.A., Inc. ("Chevron"), a creditor in interest herein, and pursuant to Rule 2002 of the Bankruptcy Rules and § 1109(b) of the Bankruptcy Code, demands that all notice given or required to be given in this case and all papers served in this case be given to and served upon:

**Brett M. Amron, Esq.**
**BAST AMRON LLP**
SunTrust International Center
One Southeast Third Avenue
Suite 1440
Miami, Florida 33131
Telephone: 305-379-7904
Facsimile: 305-379-7905
E-mail: bamron@bastamron.com

PLEASE TAKE FURTHER NOTICE that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes, without limitation, orders and notice of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether

{00095002.DOC }

written or oral, and whether transmitted or conveyed by mail, delivery, telephone, e-mail, telex or otherwise, which affects the Debtor or the property of the Debtor.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) Chevron's rights to have final orders in non-core matters entered only after *de novo* review by a district court judge (ii) Chevron's rights to a jury trial in any proceeding so triable herein, or in any case, controversy, or proceeding related hereto; (iii) Chevron's rights to have the reference withdrawn by the district court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, defenses, setoffs, or recoupments to which Chevron is or may be entitled to under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: April 18, 2012

Respectfully submitted,

**BAST AMRON LLP**
*Counsel for Chevron Products Company*
SunTrust International Center
One Southeast Third Avenue, Suite 1440
Miami, Florida 33131
Telephone: 305-379-7904
Facsimile: 305-379-7905
E-mail:  bamron@bastamron.com
E-mail:  dquick@bastamron.com

By: /s/ *Brett M. Amron*
    Brett M. Amron, Esq. (FBN 0148342)
    Dana R. Quick, Esq. (FBN 0074402)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via the Court's CM/ECF system, where available, and/or via regular U.S. Mail as indicated on the service list below on the 18th day of April, 2012.

By: /s/ *Brett M. Amron*
Brett M. Amron, Esq.

**Via CM/ECF:**

- Paul J. Battista    pbattista@gjb-law.com, gjbecf@gjb-law.com
- Mariaelena Gayo-Guitian    mguitian@gjb-law.com, gjbecf@gjb-law.com;vlambdin@gjb-law.com;ktoland@gjb-law.com;chopkins@gjb-law.com
- Heather L Harmon    HHarmon@gjb-law.com, gjbecf@gjb-law.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- John C. Shawde    jshawde@rascoklock.com, ogonzalez@rascoklock.com;nsingh@rascoklock.com

**Via U.S. Mail**

Soneet R Kapila
1000 S. Federal Hwy. #200
Fort Lauderdale, FL 33316

Kenneth A Welt
Trustee Services, Inc.
8255 West Sunrise Boulevard
Suite #177
Plantation, FL 33322

{00095002.DOC }    3